IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WARD, JR., ) | No. C 05-0667 MMC (PR) |
| Petitioner, ) | **ORDER OF DISMISSAL** |
| v. ) | |
| DIRECTOR OF CORRECTIONS, ) | |
| Respondents. ) | |
| _____ ) | |

On February 14, 2005, the Court sent petitioner a notice that he had failed to pay the filing fee or complete an application to proceed in forma pauperis. On February 23, 2005, said notice was returned to the Court as undeliverable because petitioner was not at the address he had provided to the Court in his petition. A second notice was sent to petitioner on that same date, and, on February 28, 2005, the second notice was returned as undeliverable because petitioner was not at the address he had provided to the Court. To date, the Court has received no indication from petitioner as to his correct current address. Civil Local Rule 3-11 provides for the dismissal of an action in which a pro se party fails to notify the Court of a change of address within 60 days of the date mail is returned to the Court as not deliverable. As more than 60 days have passed since the above-referenced return of petitioner's mail, and petitioner has not notified the Court of his correct current address, the above-titled action is hereby DISMISSED. The dismissal is without prejudice to petitioner's refiling his claims in a new action in which petitioner provides his correct address and keeps that address current as required by Rule 3-11.

No fee is due. All pending motions are terminated. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: May 23, 2005

 /s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge